UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON

      Plaintiff,

   v.

Tera Investments, Inc., Individually and d/b/a Tera Chevron; Kanwaljeet S. Mundy, Individually and d/b/a Tera Chevron; Tera Properties, LLC,

      Defendants.
_____/

NO. CIV. 08-1814 WBS GGH

ORDER OF RECUSAL

----oo0oo----

    Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Chevron Corporation.

    IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1      Any dates previously set in this case are hereby
2 VACATED.  The parties are referred to the Order Setting
3 Status (Pretrial Scheduling) Conference filed on August 5, 2008.
4 DATED: September 18, 2008

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE