1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    SCOTT N. JOHNSON,

10            Plaintiff,                        CIV. NO. S- 08-1814 JAM GGH

11        vs.

12   TERA INVESTMENTS, INC., et al.,

13            Defendants.                       ORDER
     _____/

14

15           Plaintiff's motion for default judgment presently is calendared for hearing on

16   January 22, 2009.  Having reviewed the record, the court has determined that oral argument

17   would not be of material assistance in determining the pending motion.  Accordingly, the court

18   will not entertain oral argument, and will determine the motion on the record, including the

19   briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

20           The court has reviewed the motion and supporting papers, and now determines

21   that service on defendants Tera Investments, Inc. and Tera Properties, LLC appears to be

22   improper as the agent for service of process was not served.  Further, the affidavit of service is

23   not signed.  (Docket No. 10.)   Because the service does not comply with Fed. R. Civ. P. 4, the

24   court will vacate the entry of default and deny without prejudice the motion for default judgment.

25   \\\\\

26   \\\\\

                                        1

1    Accordingly, IT IS ORDERED that:

2    1.  The January 22, 2009 hearing on the motion for default judgment is vacated.

3    2.  The default entered October 14, 2008 is vacated.

4    3.  Plaintiff's motion for default judgment is denied without prejudice.

5  DATED: January 15, 2009

6                                    /s/ Gregory G. Hollows

7                                    _____
                                     GREGORY G. HOLLOWS
                                     U. S. MAGISTRATE JUDGE
8  GGH:076:Johnson1814.vac.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26